IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY KATHERINE DAY-PETRANO,

    Plaintiff,

v.                                                                 CASE NO. 1:12cv97-MP-CAS

MICHAEL J. ASTRUE, et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the court on Plaintiff's Objection the magistrate judge's Order. (Doc. 6). On May 11, 2012, the magistrate judge entered an order (doc. 3) deferring plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) and requiring the plaintiff to file an amended complaint and amended motion for leave to proceed *in forma pauperis.* The plaintiff filed a motion for reconsideration (doc. 4), which the magistrate judge granted to the extent the prior order was reviewed but finding the order correct and not to be vacated or altered (*see* doc 5). The plaintiff now objects to the magistrate judge's order.

    Under Rule 72(a) of the Federal Rules of Civil Procedure, a party may serve and file objections to a magistrate judge's order on a non-dispositive matter within 14 days after being served with a copy. The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.

    Upon consideration of the magistrate judge's order (doc. 5) and petitioner's timely filed objections (doc. 6), I have determined that the order is neither clearly erroneous nor contrary to law.

    Accordingly, plaintiff's objection to the magistrate judge's order (doc. 6) is DENIED and the magistrate judge's order (doc. 5) is AFFIRMED.

    **DONE and ORDERED** this 30th day of June, 2012.

                                            *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**