# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

MARY KATHERINE DAY-PETRANO,

      Plaintiff,

v.                                  CASE NO. 1:12-cv-00097-MP-CAS

MICHAEL J ASTRUE,
Commissioner of Social Security, et al.,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on plaintiff's objections to the magistrate judge's order. (Doc. 17). On October 3, 2012, the magistrate judge entered an order (doc. 16) directing the plaintiff to file a third amended complaint and submit a copy of the Order of Dismissal which was enclosed with the June 24, 2010, Notice of Dismissal. The magistrate judge warned plaintiff that failure to comply by November 20, 2012 may result in a recommendation of dismissal of this action and that no further extensions of time would be provided. The plaintiff now objects to the magistrate judge's order.

      Under Rule 72(a) of the Federal Rules of Civil Procedure, a party may serve and file objections to a magistrate judge's order on a non-dispositive matter within 14 days after being served with a copy. The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law. Upon consideration of the magistrate judge's order (doc. 16) and petitioner's timely filed objections (doc. 17), I have determined that the order is neither clearly erroneous nor contrary to law.

      Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Plaintiff's objection to the magistrate judge's order (doc. 17) is DENIED and the magistrate judge's order (doc. 16) is AFFIRMED.

**DONE AND ORDERED** this _8th_ day of November, 2012

_s/Maurice M. Paul_

Maurice M. Paul, Senior District Judge