IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY KATHERINE DAY-PETRANO,

    Plaintiff,

v.                            CASE NO. 1:12-cv-00097-MP-CAS

MICHAEL J. ASTRUE,
Commissioner of Social Security, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on plaintiff's Motion for Reconsideration of District Judge's Adoption of Magistrate Judge's Report and Recommendations. (Doc. 19). Despite the title of this motion, plaintiff filed objections to the magistrate judge's order on a non-dispositive matter under Rule 72(a) of the Federal Rules of Civil Procedure. Nothing in the current motion supports reconsideration of the Court's conclusion that the magistrate's order is neither clearly erroneous nor contrary to law.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Plaintiff's motion for reconsideration (doc. 19) is DENIED.

**DONE AND ORDERED** this __27th__ day of November, 2012

                                    *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge