## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

MARY KATHERINE DAY-PETRANO,

    Plaintiff,

v.                                              CASE NO. 1:12-cv-00097-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 2, 2013. (Doc. 37). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to remand (doc. 32) is GRANTED and this case is remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings by the Appeals Council.

**DONE AND ORDERED** this _6th_ day of May, 2013

                                      *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge