IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY KATHERINE DAY-PETRANO,

    Plaintiff,

v.                                            CASE NO. 1:12-cv-00097-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 2, 2015. (Doc. 80). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 80) is adopted and incorporated by reference in this order.

2. This case is REVERSED AND REMANDED to the Commissioner to assign an Administrative Law Judge to make a determination on the merits of whether Plaintiff's Title II applications for a period of disability and Disability Insurance Benefits should be approved.

**DONE AND ORDERED** this   _23rd_ day of July, 2015

                                            *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge